NO. 07-02-0044-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

FEBRUARY 4, 2002

_____

RONALD CLAXTON,

Appellant

v.

SHEREE CASE,

Appellee

_____

FROM THE 72nd DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2001-516,074; HON. BLAIR CHERRY, PRESIDING

_____

Before BOYD, C.J., QUINN and REAVIS, JJ.

Ronald Claxton (appellant) attempts to perfect an appeal to this Court. By letter from this Court dated January 10, 2002, we informed appellant that the filing fee of $125.00 required to perfect this appeal was outstanding and that the failure to pay same could result in the dismissal of his case. To date, appellant has not paid the $125.00 filing fee as directed.

Due to appellant's failure to pay the filing fee, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3 (c).

Per Curiam

Do not publish.